IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Matthews Jr, Winston A

Printed: 01/22/09

Case Number: 08 B 02708
Judge: Wedoff, Eugene R
Filed: 2/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 25, 2008
Confirmed: May 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,010.00 |  |
| Secured: |  | 866.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,012.79 |
| Trustee Fee: |  | 130.75 |
| Other Funds: |  | 0.00 |
| Totals: | 2,010.00 | 2,010.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,900.00 | 1,012.79 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 1,810.75 | 180.98 |
| 6. | American Eagle | Secured | 6,624.82 | 685.48 |
| 7. | HomEq Servicing Corp | Secured | 37,181.32 | 0.00 |
| 8. | HSBC Mortgage Services | Secured | 1,437.13 | 0.00 |
| 9. | DeVry Institute of Technology | Unsecured | 328.58 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 1,846.66 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 62.95 | 0.00 |
| 12. | Cook County Treasurer | Secured |  | No Claim Filed |
| 13. | EMCC | Secured |  | No Claim Filed |
| 14. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 16. | LCS Financial Services Corp | Unsecured |  | No Claim Filed |
| 17. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 18. | St Margaret Mercy | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 20. | GEMB | Unsecured |  | No Claim Filed |
| 21. | Department of Veteran Affairs | Unsecured |  | No Claim Filed |
| 22. | EMCC | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,192.21 | $ 1,879.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Matthews Jr, Winston A

Printed: 01/22/09

Case Number:  08 B 02708
Judge:  Wedoff, Eugene R
Filed:  2/6/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 124.36 |
| 6.6% | 6.39 |
|  | $ 130.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

